# SCHEDULE C

SCHEDULE "C"
LEGAL DESCRIPTION

Starr County Texas

Tract: RGV-RGC-1007      Owner: Unknown Owners, et al.          Acres: 0.191

A 0.191 of one acre (8,334 square feet) parcel of land out of a portion of Porcion 71, Ancient Jurisdiction of Mier, Mexico, now Starr County, Texas, and a portion of Lots 1 and 2 of Block 12 of the City of Roma Subdivision, as shown on the plat thereof, recorded in Volume 2, Page 353 of the Map Records of Starr County (M.R.S.C.T.), Texas, said 0.191 of one acre of land being more particularly described by metes and bounds as follows:

COMMENCING for reference at a 2 inch iron pipe found on the northeast right-of-way line of Portshellar Street for the common southwest corner of Lots 2 and 3, Block 11, Map of the City of Roma, according to the map or plat thereof recorded in Volume 2, Page 353 of the Map Records of Starr County, Texas, thence as follows:

SOUTH 61°35'24" WEST, at a distance of 50.00 feet pass the southwest right-of-way line of Portshellar Street and the common northeast corner of Lots 6 and 7, Block 12, at a distance of 194.98 feet pass the common corner of Lots 2, 3, 6 and 7, Block 12, and continuing for a total distance of 362.24 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set for the northeast corner and **POINT OF BEGINNING** of the herein described parcel, having grid coordinates of N = 16,672,635.09 and E = 814,518.28. All bearings and coordinates are based on the Texas State Plane Coordinate System, South Zone(4205), North American Datum 1983 (CORS 96). All distances and coordinates are grid and may be converted to surface by multiplying by a combined scale factor of 1.00004;

    1.    THENCE, SOUTH 61°35'24" WEST, with the southeast line of said Lots 2, a distance of 63.96 feet to a point for the south corner of the herein described parcel;

2.   THENCE, NORTH 08°08'21" WEST, a distance of 27.17 feet to a point for an angle corner;

3.   THENCE, NORTH 55°03'07" WEST, a distance of 111.83 feet to a point in the common line of said Lot 1 and the southeast right-of-way line of Juarez Avenue (40 feet wide) for the west corner of the herein described parcel;

4.   THENCE, NORTH 61°35'24" EAST, with said common line, a distance of 67.13 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set for the north corner of the herein described parcel;

5.    THENCE, SOUTH 55°03'07" EAST, a distance of 107.76 feet to a 5/8 inch iron rod with plastic cap marked "RODS Surveying, Inc." set for an angle corner;

6.   THENCE, SOUTH 08°08'21" EAST, a distance of 31.04 feet to the **POINT OF BEGINNING** and containing 0.191 of one acre (8,334 square feet) of land.

Tract:  RGV-RGC-1007

# SCHEDULE D

SCHEDULE "D"

# STARR COUNTY, TEXAS

PORCION 71, ANCIENT JURISDICTION OF MIER

50' 25' 0 50'
SCALE: 1" = 50'
MAP OF CITY OF ROMA VOL.2, PG.353 M.R.S.C.T.
BLOCK 11
FD 1/2" IR W/ CAP
P.O.C. FND. 2" IP
PORTSHELLAR STREET (50' R.O.W.)
144.98'
MAP OF CITY OF ROMA VOL.2, PG.353 M.R.S.C.T.
S 28° 04'11" E 125.44'
BLOCK 12
LOT 1
LOT 2
LOT 3
362.24'
S 61° 35'24" W
111.97'
121.94'
JUAREZ AVENUE (40' R.O.W.)
APPARENT BRAVO AVENUE
UNKNOWN OWNER
S 32° 36'56" E 125.78'
SOUTH LINE OF ROMA TOWNSHIP VOL. 54, PG. 1 O.R.S.C.T.
S 08° 08'21" E 31.04'
55.29'
83.64'
N 61° 35'24" E
S 55° 03'07" E 107.76'
P.O.B. N=16,672,635.09 E=814,518.28
RGV-RGC-1007 0.191 ACRES
63.96'
RGV-RGC-1095
67.13'
111.83'
N 08° 08'21" W 27.17'
N 55° 03'07" W
60.06'
33.00'
N 34° 37'54" W 126.18'
RIO GRANDE RIVER
STATE OF TEXAS REGISTERED JOHN DAVID KENNEY 2080 PROFESSIONAL LAND SURVEYOR

NOTES:

1) The bearings, distances, and coordinate values shown hereon are based on the State Plane Coordinate System of Texas, South Zone (4205), North American Datum of 1983, with the CORS96 adjustment. The distances and coordinates shown hereon are grid values and may be converted to surface using a combined scale factor of 1.00004. (grid x 1.00004 = surface)

2) The area shown hereon has been calculated using grid values.

3) O.R.S.C.T. Denotes Official Records Starr County, Texas

4) P.O.C. Denotes Point Of Commencing

5) P.O.B. Denotes Point Of Beginning

6) This survey was prepared without benefit of a current title commitment and may not show easements and other factors which might affect the property.

7) A Metes and Bounds of even date accompanies this plat.

LEGEND

- ● FOUND MONUMENT AS DESCRIBED
- ○ 5/8" IRON ROD W/ALUMINUM DISK SET
- △ CALCULATED POINT
- — — — EXISTING PROPERTY LINE
- ——— PROPOSED ACQUISITION LINE
- ——— SURVEY LINE

I, JOHN DAVID KENNEY, A REGISTERED PROFESSIONAL LAND SURVEYOR DO HEREBY CERTIFY THAT THE HEREON MAP OR PLAT DEPICTS A SURVEY MADE UNDER MY SUPERVISION, ON THE GROUND, AND MEETS THE MINIMUM STANDARDS AS SET FORTH BY THE TEXAS BOARD OF PROFESSIONAL LAND SURVEYING.

[signature] 8-18-08

JOHN DAVID KENNEY RPLS 2080 DATE

| | |
|---|---|
| EXISTING ACRES | : 0.860 |
| ACQUIRED ACRES | : 0.191 |
| REMAINING ACRES | : |
| | NORTH: 0.510 |
| | SOUTH: 0.159 |

| | | |
|---|---|---|
| PROJECT NO: 188–20509000 | RIO GRANDE VALLEY BORDER FENCE | RODS Surveying, Inc. |
| DATE: JULY, 2008 | | |
| SCALE: 1" = 50' | RGV–RGC–1007 UNKNOWN OWNER TRACT | |
| FILE: RGV–RGC–1007V–PB1007 | | |
| DRAWN BY: M.H. | U.S. ARMY CoE CONTRACT NO. W9126G–07–D–0010 (05–16–08) RIO GRANDE CITY STARR COUNTY, TEXAS | 6810 LEE ROAD SPRING, TEXAS 77379 TEL (281) 257-4020 FAX (281) 257-4021 |
| CHECKED BY: S.D. / J.D.K. | | |
| SHEET 1 OF 1 | | |

LAND TO BE CONDEMNED

Tract: RGV-RGC-1007
Owner: Unknown
Acreage: 0.191
Starr County, TX

# SCHEDULE E

SCHEDULE "E"
ESTATE TAKEN

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads and pipelines; excepting and excluding all interests in minerals and the rights appurtenant thereto; reserving the following rights and interests in the property being acquired by the United States as described herein: a perpetual right-of-way on both sides of the Federal border barrier for the purpose of gaining access to condemnee`s land on the other side of the border barrier; and, the United States grants to the condemnee a perpetual right-of-way across other lands of the United States along and on both sides of the border barrier to reach and utilize the nearest border barrier gate for the purpose of crossing over the levee and accessing condemnee`s lands on the other side.  This reservation and grant does not create any new rights to traverse any part of the levee, and does not change the nature of any such rights, if any, which may now exist.  The purpose of this provision is to clarify that the United States is not prohibiting access to condemnee`s remaining lands between the border barrier and the Rio Grande River, but is providing a permanent right-of-way to condemnee and all landowners similarly situated to access the nearest border barrier gate which allows entry to the other side of the border barrier from which unacquired land can be accessed.

# SCHEDULE G

```
                        SCHEDULE "G"
            NAMES AND ADDRESSES OF INTERESTED PARTIES:
```

Unknown Owners
Unknown Addresses

Carmen Pena
Starr County Tax Assessor-Collector
401 N. Britton Avenue, Room 205
Rio Grande City, TX  78582