# Schedule EE

## SCHEDULE "EE" FOR TRACT RGV-RGC-1007
## ESTATE TAKEN

### FEE, EXCLUDING MINERALS

Tract: RGV-RGC-1007
Owner: George Louis Guerra, et al
Acres: 0.191

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; excepting and excluding all interests in minerals and the rights appurtenant thereto; reserving the following rights and interests in the property being acquired by the United States as described herein: a perpetual right-of-way on both sides of the Federal border barrier for the purpose of gaining access to condemnee's land on the other side of the border barrier; and the United States grants to the condemnee a perpetual right-of-way across other lands of the United States along and on both sides of the border barrier to reach and utilize the nearest border barrier gate for the purpose of accessing condemnee's lands on the other side. The purpose of this provision is to clarify that the United States is not prohibiting access to condemnee's remaining lands between the border barrier and the Rio Grande River, but is providing a permanent right-of-way to condemnee and all landowners similarly situated to access the nearest border barrier gate which allows entry to the other side of the border barrier from which unacquired land can be accessed.

The estate taken excepts and excludes all interests in minerals and in water distribution and drainage systems, provided that any surface rights arising from the excluded interests in water distribution and drainage systems are subordinated to the construction, operation, and maintenance of the border barrier.

# Schedule FF

SCHEDULE "FF"
ESTIMATE OF JUST
COMPENSATION

Tract RGV-RGC-1007

The sum estimated as just compensation for the land being taken is ONE THOUSAND THREE HUNDRED DOLLARS AND NO/100 ($1,300.00), of that ($1,000.00) has been deposited herewith in the registry of said Court, and ($300.00) to be deposited in the registry of said Court for the use and benefit of the persons entitled thereto.

# Schedule GG

SCHEDULE "GG"

NAMES AND ADDRESSES OF INTERESTED PARTIES:

Unknown Owners
Unknown Addresses

George Louis Guerra a/k/a Jorge Louis Guerra, et ux
███████████
Rio Grande City, TX 78582
(by virtue of Warranty Deed recorded in Vol. 963 Pg. 804 of the Official Records of Starr County, TX)

Josefa G. Guerra, a widow, Individually and as Independent Executrix of the Estate of H.P. Guerra, III, Deceased
███████████
Rio Grande City, TX 78582
(by virtue of Warranty Deed recorded in Vol. 963 Pg. 804 of the Official Records of Starr County, TX, and Probate Cause No. PR-14,002, recorded in Starr County, TX)

Starr County of Texas
Honorable Judge Eloy Vera
100 N. FM 3167
Rio Grande City, TX 78582
(by virtue of the Warranty Deed recorded in Vol. 652 Pg. 428 of the Official Records of Starr County, TX)

Juan M. Cantu
Interim Starr County Tax Assessor-Collector
100 N. FM 3167, Room 201
Rio Grande City, TX 78582